IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL No. 18-1961 JP |
| | ) | |
| vs. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession |
| MARCUS MARTINEZ, | ) | with Intent to Distribute 500 Grams and More of |
| | ) | a Mixture and Substance Containing |
| Defendant. | ) | Methamphetamine. |

INDICTMENT

The Grand Jury charges:

On or about May 3, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **MARCUS MARTINEZ**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

_____ 06/05/18 11:01AM